UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

ROBERT MARTINEZ,

JUDGMENT
03-CV- 6291 (DGT)

Plaintiff,

-against-

AMALGAMATED TRANSIT UNION,
LOCAL 1056 AND NEW YORK CITY
TRANSIT AUTHORITY,

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 2 4 200· ★

Defendants.

-------------------------------------------------------------------X

P.M. _____
TIME A.M. _____

 

     A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on June 23, 2005, granting the defendants' motions for summary judgment; and dismissing plaintiff's claims with prejudice; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the defendants' motions for summary judgment are granted; and that plaintiff's claims are dismissed with prejudice.

Dated: Brooklyn, New York
      June 23, 2005

                                 ROBERT C. HEINEMANN
                                 Clerk of Court